UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINICK & DICKERMAN LLC and MICHAEL CAMPBELL,<br><br>                          Petitioners,<br>-v.-<br>WUNDERLICH SECURITIES, INC. and GARY WUNDERLICH.<br><br>                          Respondents. | 20 Civ. 3470 (KPF) |
| WUNDERLICH SECURITIES, INC. and GARY WUNDERLICH,<br><br>                          Petitioners,<br>-v.-<br>DOMINICK & DICKERMAN LLC and MICHAEL CAMPBELL.<br><br>                          Respondents. | **ORDER**<br><br>20 Civ. 3507 (KPF) |

KATHERINE POLK FAILLA, District Judge:

      On May 4, 2020, Petitioners in the action styled as *Dominick & Dickerman LLC* v. *Wunderlich Securities, Inc.*, No. 20 Civ. 3470 (KPF), filed a petition to confirm an arbitral award. (20 Civ. 3470, Dkt. #1). On May 5, 2020, Respondents filed a petition in a related case, *Wunderlich Securities, Inc.* v. *Dominick & Dickerman LLC*, No. 20 Civ. 3507 (KPF), seeking to vacate the same arbitral award. (20 Civ. 3507, Dkt. #1). Given the converse nature of the two actions, the Court finds it appropriate, and hereby ORDERS, that the two actions be consolidated under the case number of 20 Civ. 3470 (KPF).

Additionally, it is the Court's practice to adjudicate petitions to confirm and/or vacate arbitral awards by summary judgment.  Accordingly, the Court sets the following schedule for the parties' cross-motions for summary judgment:  On or before **June 30, 2020**, the parties will file their respective motions to confirm and vacate the underlying arbitral award, and on or before **July 14, 2020**, the parties will file opposing briefs to their opponents' motions.

The Court directs the Clerk of Court to docket this Order in both actions. The Clerk of Court is then directed to close Case No. 20 Civ. 3507 (KPF), and the parties are directed that all future filings are to be made in Case No. 20 Civ. 3470 (KPF).

SO ORDERED.

Dated:  May 12, 2020
        New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge